**COM.**

v.

**BOND, J.**

**1920 EDA 2015**

Superior Court of Pennsylvania.

05/23/2017

CP–51–CR–0003467–2011 (Philadelphia)

Affirmed

**COM.**

v.

**SANTIAGO, L.**

**2551 EDA 2015**

Superior Court of Pennsylvania.

05/23/2017

CP–51–CR–0000981–2012 (Philadelphia)

Affirmed

**DUNCAN, R.**

v.

**PROJECT HOME**

**3054 EDA 2015**

Superior Court of Pennsylvania.

05/23/2017

Reargument Denied 7/12/2017

February Term, 2015 No. 2882 (Philadelphia)

Affirmed

**COM.**

v.

**POTEAT, A.**

**3305 EDA 2015**

Superior Court of Pennsylvania.

05/23/2017

CP–39–CR–0003752–2014 (Lehigh)

Affirmed